UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RUDY J. WEED,          )  | |
|     Plaintiff,         )  | |
|                        )  | |
| v.                     )  | No. 3:04 CV 688 |
|                        )  | |
| ED BUSS and            )  | |
| J. DAVID DONAHUE,      )  | |
|     Defendants.       )  | |

## O R D E R

On September 1, 2005, Magistrate Judge Christopher A. Nuechterlein issued a Report and Recommendation in this matter in which he recommended that defendants' motion for summary judgment be granted and that this case be remanded to LaPorte County Circuit Court for disposition of the remaining state law claims. In accordance with 28 U.S.C. § 636(b)(1), the parties were given ten (10) days after service of the Magistrate Judge's Report and Recommendation to file any written objections thereto with the Clerk of the court. Neither party has filed any objections within the time allotted. Consequently, after carefully reviewing Magistrate Judge Nuechterlein's September 1, 2004 report, this court hereby **ADOPTS** the recommendations made therein (docket # 22). Therefore, this court hereby **ORDERS** that defendants' motion for summary judgment be **GRANTED** (docket # 16) and that this case be **REMANDED** to LaPorte County Circuit Court for disposition of the remaining state law claims.

                                    **SO ORDERED.**

   **Enter**: September 19, 2005

                                      \_\_\_\_\_s/James T. Moody_____
                                      JUDGE JAMES T. MOODY
                                      UNITED STATES DISTRICT COURT